# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED

MAY 23 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Alejandra Dianey MENDOZA-GARCIA<br>YOB: 1988<br>Carolina Alejandra TREVINO-Tapia<br>YOB: 1990<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-1181-M<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Sec. 841(a)(1) | Possession with Intent to Distribute more than 5 kilograms of Cocaine |
| Title 21 U.S.C. Sec. 846 | Conspiracy with Intent to Distribute more than 5 Kilograms of Cocaine |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Reviewed By
/s/ AUSA Jesse Salazar

_____
Complainant's signature

Hunter Steadman, DEA Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/23/2019

_____
*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, United States Magistrate Judge
_____
*Printed name and title*

ATTACHMENT "A"

On May 1, 2019, DEA agents were conducting a narcotics investigation involving Carolina Alejandra TREVINO-Tapia (hereinafter referred to as "TREVINO-Tapia") and Alejandra Dianey MENDOZA-Garcia (hereinafter referred to as "MENDOZA-Garcia"). On or about the same date, a confidential source, who has provided information to DEA that has proven to be reliable and corroborated by other information, communicated with TREVINO regarding an undetermined amount of cocaine that was available for sale. TREVINO and the confidential source agreed to meet regarding the quality and price of the cocaine.

On May 2, 2019, agents established surveillance at MENDOZA-Garcia's apartment, which is located at the Rio de Vida Apartments, 301 S. Inspiration Road, Mission, Texas 78572. On the same date at approximately 4:32 P.M., agents observed TREVINO-Tapia and MENDOZA-Garcia at the Rio de Vida Apartments. An agent later observed MENDOZA-Garcia carrying a large black-colored bag, which had a bright red sweater on top of it. Both TREVINO-Tapia and MENDOZA-Garcia were observed entering a maroon Nissan Murano, with TX Dealer plate 1BF-0113. Agents also observed the black-colored bag with the red sweater being placed in the back seat of said Nissan Murano.

On the same date at approximately 4:34 P.M., a Hidalgo County Sheriff's deputy stopped the aforementioned Nissan Murano for a traffic violation. During the traffic stop, a Hidalgo County Sheriff's Office canine alerted to the Nissan Murano for the presence of narcotics odor. A deputy searched said vehicle and discovered three (3) bundles of suspected cocaine in the backseat. While at the traffic stop, MENDOZA-Garcia told agents that more cocaine could be found at her apartment. MENDOZA-Garcia then provided agents with written consent to search her apartment.

On the same date at approximately 5:18 P.M., agents made entry into MENDOZA-Garcia's apartment, identified as apartment number 421 at the Rio de Vida Apartments, Mission, Texas. During a search of said apartment, agents discovered fifteen (15) additional bundles of suspected cocaine inside a couch and one (1) bundle of suspected cocaine in the bedroom closet. The substances contained in all the bundles field tested positive for cocaine and had a combined weight of approximately 20 kilograms.

ATTACHMENT "A"

Under rights advisement and waiver, MENDOZA-Garcia admitted that she was in possession of the cocaine and had stored the cocaine bundles at her (MENDOZA-Garcia's) apartment as a favor for TREVINO-Tapia, who was the owner of the cocaine.

ATTACHMENT "A"

On May 2, 2019, DEA agents were conducting a narcotics investigation involving Carolina Alejandra TREVINO-Tapia (hereinafter referred to as "TREVINO-Tapia") and Alejandra Dianey MENDOZA-Garcia (hereinafter referred to as "MENDOZA-Garcia"). On said date, agents established surveillance at MENDOZA-Garcia's apartment, which is located at the Rio de Vida Apartments, 301 S. Inspiration Road, Mission, Texas 78572. At approximately 4:32 P.M., agents observed TREVINO-Tapia and MENDOZA-Garcia at the Rio de Vida Apartments. An agent later observed MENDOZA-Garcia carrying a large black-colored bag, which had a bright red sweater on top of it. Both TREVINO-Tapia and MENDOZA-Garcia were observed entering a maroon Nissan Murano, with TX Dealer plate 1BF-0113. Agents also observed the black-colored bag with the red sweater being placed in the back seat of said Nissan Murano.

On the same date at approximately 4:34 P.M., a Hidalgo County Sheriff's deputy stopped the aforementioned Nissan Murano for a traffic violation. At the time of the stop, TREVINO was the driver. During the traffic stop, a Hidalgo County Sheriff's Office canine alerted to the Nissan Murano for the presence of narcotics odor. A deputy searched said vehicle and discovered three (3) bundles of suspected cocaine in the backseat. While at the traffic stop, MENDOZA-Garcia told agents that more cocaine could be found at her apartment. MENDOZA-Garcia then provided agents with written consent to search her apartment.

On the same date at approximately 5:18 P.M., agents made entry into MENDOZA-Garcia's apartment, identified as apartment number 421 at the Rio de Vida Apartments, Mission, Texas. During a search of said apartment, agents discovered fifteen (15) additional bundles of suspected cocaine inside a couch and one (1) bundle of suspected cocaine in the bedroom closet. The suspected cocaine contained in all the bundles had a combined weight of approximately 20 kilograms.

Under rights advisement and waiver, MENDOZA-Garcia admitted that she was in possession of the cocaine and had stored the cocaine bundles at her (MENDOZA-Garcia's) apartment as a favor for TREVINO-Tapia, who was the actual owner of the cocaine.